UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| GARY BRAME, JASON JAGER, and GLEN EVANS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GENERAL MOTORS LLC,<br><br>Defendant. | Case No.: 20-cv-01775<br><br>The Honorable Lynn S. Adelman |

## CORPORATE DISCLOSURE STATEMENT

The undersigned, counsel of record for Plaintiffs GARY BRAME, JASON JAGER, and GLEN EVANS, individually and on behalf of all others similarly situated, furnishes the following list in compliance with Civil L. R. 7.1 and Fed. R. Civ. P. 7.1:

1. **Each Party Represented in this Action**

    1. Gary Brame
    2. Jason Jager
    3. Glen Evans

2. **The Corporate Structure of Each Represented Party**

    None of the parties listed above are corporations.

3. **The Name of All Law Firms Whose Attorneys will Appear, or are Expected to Appear, for the Above-Referenced Parties in this Action**

    1. DiCello Levitt Gutzler LLC
    2. Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.

Dated: December 15, 2020

Respectfully submitted,

*/s/ Christopher Stombaugh*
Christopher Stombaugh
**DICELLO LEVITT GUTZLER LLC**
Post Office Box 437
Platteville, Wisconsin 53818
Tel. 440-953-8888
cstombaugh@dicellolevitt.com

Adam J. Levitt*
John E. Tangren*
Daniel R. Ferri*
**DICELLO LEVITT GUTZLER LLC**
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
Telephone: 312-214-7900
alevitt@dicellolevitt.com
jtangren@dicellolevitt.com
dferri@dicellolevitt.com

W. Daniel "Dee" Miles, III *
H. Clay Barnett, III *
J. Mitch Williams (*pro hac vice to be filed*)
**BEASLEY, ALLEN, CROW,**
**METHVIN, PORTIS & MILES, P.C.**
272 Commerce Street
Montgomery, Alabama 36104
Telephone: 334-269-2343
Dee.Miles@Beasleyallen.com
Clay.Barnett@BeasleyAllen.com
Mitch.Williams@Beasleyallen.com

*Counsel for Plaintiffs*
*and the Proposed Classes*

*Applications for admission *pro hac vice* to be filed