# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

GARY BRAME, JASON JAGER,
and GLEN EVANS,
    Plaintiffs

v.                      CASE NUMBER: 20-C-1775

GENERAL MOTORS, LLC,
    Defendant

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that the complaint and this action are dismissed with prejudice.

_____4/23/21_____
Date

Gina M. Colletti
Clerk

s/ J. Dreckmann
(By) Deputy Clerk